1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  ANDRES CONTRERAS,                              1:10-CV-02390 SMS HC

10              Petitioner,                 ORDER TO SHOW CAUSE WHY PETITION
                                            SHOULD NOT BE DISMISSED FOR
11                                          FAILURE TO COMPLY WITH A COURT
                                            ORDER
12      v.                                  [Docs. #2,6,7]

13                                          ORDER STAYING ORDER TO RESPOND
                                            [Doc. #4]
14  K. HARRINGTON,
                                            ORDER RE: RESPONDENT'S MOTION
15              Respondent.                 FOR EXTENSION OF TIME
    _____/       [Doc. #10]
16

17          Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus

18  pursuant to 28 U.S.C. § 2254.

19          On December 28, 2010, an Order re: Consent or Request for Reassignment was issued in this

20  case and served on Petitioner with his initial case filing documents.  Petitioner was instructed to

21  return the consent/decline form within thirty (30) days of the date of service of the order.  Over thirty

22  (30) days passed and Petitioner failed to comply.  On January 6, 2011, the Court issued a second

23  Order re: Consent or Request for Reassignment.  Petitioner was again instructed to return the

24  consent/decline form within thirty (30) days of the date of service of the order.  Over thirty (30) days

25  passed, and Petitioner failed to comply.  On February 14, 2011, the Court issued a third Order re:

26  Consent or Request for Reassignment. He was again provided thirty (30) days to comply but failed to

27  do so.  Local Rule 110 provides: "Failure of counsel or of a party to comply with these Rules or with

28  any order of the Court may be grounds for imposition by the Court of any and all sanctions

1   authorized by statute or Rule or within the inherent power of the Court."

2       Accordingly, Petitioner is ORDERED TO SHOW CAUSE, within fifteen (15) days of

3   service of this order, why the petition should not be dismissed for failure to comply with a court

4   order. Failure to respond to this order will result in dismissal of the action.

5       The Court's Order of January 6, 2011, which had directed Respondent to file a response, is

6   hereby STAYED pending resolution of this matter.  In the event Petitioner complies, the Court will

7   address Respondent's motion for an extension at that time.

8

9   IT IS SO ORDERED.

10  **Dated:    April 7, 2011**                     _____ **/s/ Sandra M. Snyder** _____
                                                    UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28