# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES CONTRERAS, | 1:10-CV-02390 SMS HC |
|     Petitioner, | ORDER LIFTING STAY OF ORDER TO RESPOND |
|   v. | [Doc. #11] |
| K. HARRINGTON, | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |
|     Respondent. | [Doc. #10] |

On April 8, 2011, the Court stayed the Order directing Respondent to file a response dated January 6, 2011, pending resolution of an Order directing Petitioner to show cause. That matter has now been settled. Accordingly, the stay issued on April 8, 2011, is lifted. Respondent had previously filed a motion to extend time. Good cause having been presented and GOOD CAUSE APPEARING THEREFOR, Respondent's motion to extend time is GRANTED. A responsive pleading is due within thirty (30) days of the date of service of this Order.

IT IS SO ORDERED.

**Dated:  June 1, 2011**           /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE